UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ZIMMER,<br><br>　　　　　Petitioner<br><br>　　v.<br><br>CHARLES W. CALLAHAN,<br><br>　　　　　Respondent. | Case No. 2:19-cv-00176-JAK (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: February 8, 2021

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE